UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITY,<br><br>            Plaintiff,<br><br>      v.<br><br>CHEN HO, et al.,<br><br>            Defendants. | CASE No. 1:13-cv-01331-MJS<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO DISMISS ACTION WITHOUT PREJUDICE<br><br>(ECF No. 22)<br><br>CLERK SHALL CLOSE THE CASE |

Plaintiff Infinity, a state prisoner proceeding in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 16, 2013.  (ECF No. 1.)  On January 17, 2014, Plaintiff filed a notice asking that this action be dismissed.  (ECF No. 22)  Pursuant to Fed. R. Civ. P. 41(a)(2) a plaintiff may request dismissal by court order.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:     January 30, 2014              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

1